# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

147901

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MARY LYNN BULLER, f/k/a MARY LYNN
DENHOF,
      Plaintiff-Appellee,

v

SC: 147901
COA: 316604
Ottawa CC: 01-040244-DM

STANLEY GENE DENHOF,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 12, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

p0127